Daniel R. BROWN, Claimant/Appellant,

v.

AMERICAN BRIDGE, Employer,

and

Treasurer of the State of Missouri, Custodian for the Second Injury Fund, Respondent.

No. 63531.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 24, 1993.

Edwin J. Olson, St. Louis, for claimant, appellant.

J. Patrick Chassaing, Keith K. Cheung, Clayton, for employer, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Claimant appeals the conclusion of the Labor and Industrial Relations Commission (Commission) that he was entitled to no further award from Missouri's Second Injury Fund. We affirm. The findings and conclusions of the Commission support the award and an extended opinion would have no precedential value. The parties have

been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).